**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TINA PROESCHER,

    Plaintiff,

v.                                          Case No. 3:17-cv-1052-J-32PDB

SECURITY COLLECTION
AGENCY,

    Defendant.

_____

## O R D E R

This case is before the Court on the Plaintiff's 2nd Amended Motion for Final Default Judgment (Doc. 13). On June 8, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 16) recommending that the second amended motion for final default judgment be granted, that default judgment be entered for Tina Proesher and against Security Collection Agency on the FDCPA claim in the total amount of $3,067.50, and that the clerk be directed to enter judgment and close the case. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 16), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 16) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's 2nd Amended Motion for Final Default Judgment (Doc. 13) is **GRANTED IN PART**.

3. Default Judgment is **ENTERED** for Tina Proescher and against Security Collection Agency on the FDCPA claim in the total amount of $3,067.50. This amount represents $100 in actual damages, $500 in statutory damages, $2,002.50 in attorney and paralegal fees, and $465 in costs.

4. The Clerk shall enter final judgment in favor of Tina Proescher and against Security Collection Agency in the total amount of $3,067.50, and then close the case.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of July, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record

Security Collection Agency, Inc.
d/b/a Applied Business Services, Inc.
c/o NRAI Services, Inc.
1200 South Pine Island Road
Plantation, FL 33324